JEFFREY L. FILLERUP (SBN 120543)
  jeff.fillerup@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.267.4198

Attorneys for Plaintiff Alto Velo Racing Club

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALTO VELO RACING CLUB,<br><br>              Plaintiff,<br><br>     v.<br><br>ROULEUR SPORTS GROUP, LLC, BOBBY SWEETING,<br><br>              Defendants. | Case No.  C15-2144 PSG<br><br>[PROPOSED] ORDER DISMISSING THE COMPLAINT AND THIS ACTION WITH PREJUDICE |

Based on the stipulation of the parties set forth in the STIPULATION TO DISMISS THE COMPLAINT AND THIS ACTION WITH PREJUDICE, filed concurrently with this order, and for good cause appearing,

IT IS HEREBY ORDERED as follows:

1. In light of a December 8, 2015 settlement reached between Plaintiff Alto Velo Racing Club ("AVRC") and Defendants Rouleur Sports Group LLC and Bobby Sweeting, the complaint is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees; and

2. Because there are no other claims asserted in this case other than AVRC's complaint, the entire case is dismissed with prejudice.

/ / /

1  IT IS SO ORDERED.

2

3  Dated: December 16, 2015

4  _____
   UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE